SEYFARTH SHAW LLP
Peter E. Romo, Jr. (State Bar No. 38925) promo@seyfarth.com
Andrea K. Anapolsky (State Bar No. 238297) aanapolsky@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
PROTECTIVE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>DONALD GERALD DAVIS, an individual, and RICHARD DOUGLAS RISON, an individual,<br><br>            Defendants. | Case No. 2:10-CV-02312-MCE-EFB<br><br>**ORDER RE: DISCHARGE AND AWARD OF COSTS AND ATTORNEYS' FEES TO PLAINTIFF PROTECTIVE LIFE INSURANCE COMPANY** |

The Court, having considered the Stipulation to Discharge and Award of Costs and Attorneys' Fees, attached hereto as <u>Exhibit A</u>, in the above-captioned matter, as well as all the records and files herein, and good cause appearing therefore,

**HEREBY ORDERS**:

1.   Protective Life Insurance Company ("Protective") is hereby discharged from any and all liability on or arising out of:

   (a)   life insurance policy no. ZL9928647 (the "Policy") issued by Chase Insurance Life Company; and

   (b)   the rights and obligations of the parties to this action with respect to any and all proceeds under the Policy;

1

[Proposed] Order Regarding Discharge and Award Costs and Attorneys' Fees;
Case No. 2:10-CV-02312-MCE-EFB

2.     The Policy proceeds were deposited with the Court.  Thus, the Policy is of no further force and effect, and no further benefits are payable under the Policy;

3.     From the money that was deposited by Protective with the Clerk of this Court, Protective is awarded $5,663.00 which reflects all costs and reasonable attorney fees incurred in bringing and maintaining the present action; and

4.     Defendants Donald Gerald Davis and Richard Douglas Rison are permanently enjoined from instituting or prosecuting any other actions against Protective regarding the Policy.

Dated:  May 18, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE