UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>DONALD GERALD DAVIS, et al.,<br><br>         Defendants.<br>_____/ | No. 2:10-cv-02312-MCE-EFB<br><br>ORDER CONTINUING TRIAL |

YOU ARE HEREBY NOTIFIED the July 30, 2012 bench trial is vacated and continued to **April 1, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 24, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the May 31, 2012 Final Pretrial Conference is vacated and continued to **February 7, 2013,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 17, 2013,** and shall comply with the procedures outlined in the Court's February 1, 2011 Pretrial Scheduling Order.

///

1

1 The personal appearances of the trial attorneys or person(s) in
2 pro se is mandatory for the Final Pretrial Conference.
3 Telephonic appearances for this hearing are not permitted.
4     Any evidentiary or procedural motions are to be filed by
5 **January 17, 2013**.  Oppositions must be filed by **January 24, 2013**
6 and any reply must be filed by **January 31, 2013**.  The motions
7 will be heard by the Court at the same time as the Final Pretrial
8 Conference.
9     IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE