Stephen T. Hodge (Cal. State Bar No. 158273)
Law Office of Stephen T. Hodge
9381 E. Stockton Blvd., Suite 200
Elk Grove, CA 95624-5070
Telephone:  (916) 525-9455
Facsimile:   (916) 525-9456
shodge@stephenhodgelaw.com

Attorney for Defendant
RICHARD DOUGLAS RISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> DONALD GERALD DAVIS, an individual, and RICHARD DOUGLAS RISON, an individual, <br><br> Defendants. | Case No.  2:10-CV-02312-MCE-EFB <br><br> **ORDER RE DISBURSEMENT OF FUNDS** |

On May 27, 2015, in its Findings of Fact and Conclusions of Law in this case, the Court ordered the Clerk of the Court to disperse all remaining funds deposited into the Registry of this Court by Protective Life Insurance Company to Defendant Richard Douglas Rison.  Further to this order, and pursuant to his fee agreement with his attorney, Defendant Rison hereby requests that the Court order the Clerk of the Court to disburse these funds as follows:

(1) One-third (1/3) of the remaining principal and accrued interest to Stephen T. Hodge, 9381 E. Stockton Blvd., Suite 200, Elk Grove, CA 95624; and

/ / /

(2)     Two-thirds (2/3) of the remaining principal and accrued interest to Richard Douglas Rison, 313 Rogers Road, Kenai, AK, 99611.

IT IS SO ORDERED

Dated: June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT